# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

BILLY BROWN                                                                                    PLAINTIFF

v.                                         CASE NO. 2:22-CV-2068

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                 DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 22) by Chief U.S. Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court grant Defendant Social Security Administration's Motion to Remand (Doc. 20). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Social Security Administration's Motion to Remand (Doc. 20) is GRANTED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this October 6, 2022.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE